**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6054**

JOSE L. FRANCE-BEY, a/k/a Jose L. Espada, Jr. - Bey,

Plaintiff - Appellant,

v.

KENNY HOLBROOK; JASON WHITE; TRAVIS BOWMAN; BRAD COOK; DOBSON P. D./S.C.S.D.,

Defendants - Appellees.

**No. 18-6088**

JOSE L. FRANCE-BEY, a/k/a Jose L. Espada, Jr.,

Plaintiff - Appellant,

v.

KENNY HOLBROOK; JASON WHITE; TRAVIS BOWMAN; BRAD COOK,

Defendants - Appellees,

and

DOBSON P. D./S.C.S.D,

Defendant.

Appeals from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, District Judge. (1:17-cv-00241-LCB-LPA)

Submitted: May 18, 2018                                    Decided: June 4, 2018

Before KEENAN, DIAZ, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jose L. France-Bey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Jose L. France-Bey seeks to appeal the district court's September 6, 2017, order dismissing his civil action as to one Defendant without prejudice for failure to obtain service, and the court's January 11, 2018, judgment adopting the recommendation of the magistrate judge and denying France-Bey's motion to alter or amend judgment. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-47 (1949). The order and judgment France-Bey seeks to appeal are not final orders or appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We deny France-Bey's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*